**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAWN HAMPTON,** | : | **CIVIL ACTION NO. 1:12-CV-0434** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN E. WETZEL**, et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 9th day of May, 2012, upon consideration of plaintiff's motion

to amend the complaint (Doc. 11), it is hereby ORDERED that:

1.    The motion (Doc. 11) is GRANTED.

2.    The Clerk of Court is directed to ADD as defendants Shawn Kephart
       and Rev. Ulli Klemm, and to forward the amended complaint (Doc. 11)
       to the United States Marshal for service on all named defendants.


                                          S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge