IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWN HAMPTON,** | : | **CIVIL ACTION NO. 1:12-CV-0434** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **JOHN E. WETZEL**, et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of October, 2012, upon consideration of plaintiff's motion (Doc. 16) for a preliminary injunction, in which he seeks to be provided with his therapeutic diet tray during the Holy month of Ramadan, and the Supreme Court having stated that "a present, live controversy . . . must exist if we are to avoid advisory opinions on abstract propositions of law, " Hall v. Beals, 396 U.S. 45, 48 (1969), see Burkey v. Marberry, 556 F.3d 142, 147 (3d Cir. 2009) (recognizing that federal courts may adjudicate "only actual, ongoing cases or controversies") (quoting Lewis v. Continental Bank Corp., 494 U.S. 472, 477 (1990)), and if developments occur during the course of adjudication that prevent a court from being able to grant effective relief, the matter must be dismissed as moot, Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698–99 (3d Cir.1996), and it appearing that the Holy month of Ramadan commenced on July 20, 2012, and concluded on August 19, 2012, http://www.islamicity.com/Articles/articles.asp?ref=IC1206-5161, and therefore, there is no longer a live controversy with respect to plaintiff's request to be provided his therapeutic diet tray during the Holy month of Ramadan, and the

court is prevented from granting effective relief, it is hereby ORDERED that the motion is DENIED as moot.

                                                S/ Christopher C. Conner
                                               CHRISTOPHER C. CONNER
                                               United States District Judge