IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWN HAMPTON,** | : | CIVIL ACTION NO. 1:12-CV-0434 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **JOHN E. WETZEL**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of June, 2014, upon consideration of plaintiff's motion (Doc. 61) for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1), which provides that a district court's appointment of counsel is discretionary, and in analyzing pertinent factors such as "(1) the plaintiff's ability to present his or her own case; (2) the complexity of the legal issues; (3) the degree to which factual investigation will be necessary and the ability of the plaintiff to pursue such investigation; (4) the amount a case is likely to turn on credibility determinations; (5) whether the case will require the testimony of expert witnesses; [and] (6) whether the plaintiff can attain and afford counsel on his own behalf," Parham v. Johnson, 126 F.3d 454, 457 (3d Cir. 1997), Tabron v. Grace, 6 F.3d 147, 157-58 (3d Cir. 1993), and it appearing that the legal issues are not overly complex, no expert testimony is anticipated, plaintiff has navigated discovery and significant motions practice, any factual investigation should be concluded as discovery is closed and dispositive motions have been addressed and the matter is proceeding to trial, and based upon the progression of the litigation and the filings thus far, it is obvious

that plaintiff is capable of competently litigating this matter up to and including trial, it is hereby ORDERED that the motion (Doc. 61) is DENIED.

                                       /S/ CHRISTOPHER C. CONNER
                                       Christopher C. Conner, Chief Judge
                                       United States District Court
                                       Middle District of Pennsylvania